UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SARA GRIMES,

          Plaintiff,

-vs-                                  Case No. 6:14-cv-244-Orl-28KRS

THE STATE OF FLORIDA,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed February 12, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 12, 2014 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** without prejudice.

3. Plaintiff's Complaint is **DISMISSED** without prejudice.

4. Plaintiff is granted leave to file an Amended Complaint as well as an Amended Application to Proceed in District Court without Prepaying Fees or Costs. The Court notes

that Plaintiff filed an Amended Complaint and Amended Application on March 28, 2014 (Doc. Nos. 5, 6). These filings are accepted for the Court's consideration.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _1st_ day of April, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party